IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/19
```

TIMOTHY D. FINLEY, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DOVER DOWNS GAMING &
ENTERTAINMENT, INC., PATRICK J.
BAGLEY, TIMOTHY R. HORNE, DENIS
MCGLYNN, JEFFREY W. ROLLINS, R.
RANDALL ROLLINS, and HENRY B.
TIPPIE,

    Defendants.

Civil Action No. 1:18-cv-12111

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on July 22, 2018, Dover Downs Entertainment, Inc. ("DDE") and Twin River Worldwide Holdings, Inc. ("Twin River") announced that they had entered into a definitive merger agreement, pursuant to which DDE stockholders will exchange their DDE stock for Twin River common shares representing 7.225% of the equity of the combined company at closing (the "Proposed Transaction");

WHEREAS, on November 5, 2018, DDE filed a preliminary proxy statement on Schedule 14A (the "Preliminary Proxy") with the SEC, which set forth certain information about the Proposed Transaction;

WHEREAS, on December 21, 2018, plaintiff Timothy D. Finley ("Plaintiff") filed the above-captioned action (the "Action") asserting claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), SEC Rule 14a-9, and 17 C.F.R. 240.14a-9, in connection with the Preliminary Proxy;

WHEREAS, on February 8, 2019, DDE filed a definitive proxy statement on Schedule 14A (the "Proxy") with the SEC, supplementing the disclosures in the Preliminary Proxy with certain additional information relating to the Proposed Transaction which Plaintiff acknowledges had the effect of mooting Plaintiff's claims in this Action (the "Supplemental Disclosures");

WHEREAS, Plaintiffs' counsel intends to assert a claim for attorneys' fees and expenses in connection with the Supplemental Disclosures (the "Fee Application"), and seek Court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all of the defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose, in whole or in part, any claim by Plaintiff or his counsel for attorneys' fees and expenses related to this Action;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application; and

WHEREAS, defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this Action:

1.   The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2.   The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's Fee Application, if filed.

3. This Stipulation is entered into without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes the defendants' right to oppose the Fee Application.

4. To the extent that the parties are unable to reach an agreement concerning the Fee Application, Plaintiff may file a motion with the Court to present such application to the Court.

5. If the parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such Notification, the Court will close the Action.

6. This Stipulation is not intended to, and shall not, waive or prejudice any argument or agreement that may be asserted by Plaintiff or defendants in support of or in opposition to any claim by Plaintiff or his counsel for attorneys' fees and expenses in connection with this Action.

| MONTEVERDE & ASSOCIATES, PC | DRINKER BIDDLE & REATH LLP |
|---|---|
| Juan E. Monteverde<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, NY 10118<br>(212) 971-1341<br>jmonteverde@monteverdelaw.com<br><br>*Attorneys for Plaintiff* | Marsha J. Indych<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>(212) 248-3145<br>joseph.seiler@dbr.com<br>marc.leaf@dbr.com<br>marsha.indych@dbr.com<br><br>OF COUNSEL:<br><br>Todd C. Schiltz<br>DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>todd.schiltz@dbr.com<br><br>*Attorneys for Defendants* |

Dated:

SO ORDERED this \_\_\_4th\_\_\_ day of \_\_\_April\_\_\_, 2019.

_____
Honorable Naomi Reice Buchwald
United States District Judge