USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY D. FINLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOVER DOWNS GAMING & ENTERTAINMENT, INC.; PATRICK J. BAGLEY, TIMOTHY R. HORNE, DENIS MCGLYNN, JEFFREY W. ROLLINS, R. RANDALL ROLLINS, and HENRY B. TIPPIE,<br><br>Defendants. | Civil Action No. 1:18-cv-12111 |

## NOTICE AND [PROPOSED] ORDER CLOSING CASE FOR ALL PURPOSES

WHEREAS, on April 4, 2019, the Court entered an order granting plaintiff's voluntary dismissal of the above-captioned action (the "Action") as moot for the reasons stated in that order and dismissed the Action with prejudice as to the named Plaintiff and without prejudice as to the purported class, and retained jurisdiction solely for the purpose of adjudicating a mootness fee and expense application Plaintiff might file;

WHEREAS, the parties have reached an agreement with respect to mootness fees and further have agreed to the entry of this [Proposed] Order Closing the Action;

**NOW, THEREFORE,** subject to approval of the Court:

IT IS HEREBY ORDERED this 30th day of May, 2019, that:

1. The Action is closed for all purposes.

1

Dated: May 28, 2019					**MONTEVERDE & ASSOCIATES PC**

					By: _/s/ Juan E. Monteverde_
					Juan E. Monteverde (JM-8169)
					The Empire State Building
					350 Fifth Avenue, Suite 4405
					New York, NY 10118
					Tel:(212) 971-1341
					Fax:(212) 202-7880
					Email: jmonteverde@monteverdelaw.com

					*Attorneys for Plaintiff*


**SO ORDERED** this __30th__ day of __May__, 2019.

							_____
							Honorable Naomi Reice Buchwald
							United States District Judge